**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                              Case No. 09-cr-151-PB

**Sheri Fister**

## O R D E R

The defendant has moved to continue the trial scheduled for November 3, 2009, citing the need for additional time to complete discovery, address potential issues concerning defendant's mental health status, and prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 3, 2009 to February 2, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The October 23, 2009 final pretrial conference is continued to January 26, 2010 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 19, 2009

cc:  Donald Feith, AUSA
     Jonathan Saxe, Esq.
     United States Probation
     United States Marshal